AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
SAMSUNG CELLULAR PHONE WITH IMEI NUMBER 356273100775074, AND A ZTE CELLULAR PHONE WITH S/N 320367240511, CURRENTLY LOCATED AT 555 4TH STREET NORTHWEST IN WASHINGTON, DC UNDER RULE 41

Case No. 21-sw-232

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Application for a Search Warrant.

located in the _____ District of Columbia, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein and included as part of the attached Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1591(a)(1); 2422(a); 2421(a); and 18 U.S.C Section 1952(a)(3) | Sex trafficking of children or by force, fraud, or coercion; Coercion and enticement; Transportation generally; Interstate and foreign travel or transportation in aid of racketeering enterprises |

The application is based on these facts:

See Attached Affidavit in Support of Search Warrant.

☐ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Thomas Sullivan, Detective, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 07/19/2021

G. Michael Harvey
2021.07.19 16:32:12 -04'00'
*Judge's signature*

City and state: Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. **21-sw-232**
SAMSUNG CELLULAR PHONE WITH IMEI NUMBER 356273100775074, AND )
A ZTE CELLULAR PHONE WITH S/N 320367240511, CURRENTLY LOCATED )
AT 555 4TH STREET NORTHWEST IN WASHINGTON, DC )
UNDER RULE 41 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ____Columbia____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A incorporated herein and included as part of this Application for a Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
See Attachment B incorporated herein and included as part of the attached Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before ____August 3, 2021____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____G. Michael Harvey____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  07/19/2021                    G. Michael Harvey
                                                     2021.07.19 16:32:29 -04'00'
                                                     *Judge's signature*

City and state:    Washington, DC              G. Michael Harvey, U.S. Magistrate Judge
                                               *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 21-sw-232 | Date and time warrant executed: 7/19/21 @ 1632 hours | Copy of warrant and inventory left with: Devices |
|---|---|---|

Inventory made in the presence of: Det. Thomas Sullivan

Inventory of the property taken and name(s) of any person(s) seized:

Digital Content of devices

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/20/21

_____
Executing officer's signature

Detective Thomas Sullivan
Printed name and title